No. 58015.—James E. Fox & Co., Inc. *v.* United States, protest 215025–K (New York).

Opinion by Johnson, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 58016.—Person & Weidhorn *v.* United States, protest 218423–K (New York).

Opinion by Johnson, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 58017.—The Norport Company, Inc. *v.* United States, protest 219137–K (New York).

Opinion by Johnson, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 58018.—The Jawine Company *v.* United States, protest 219219–K (New York).

Opinion by Johnson, J. From an examination of the papers in the case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

April 15, 1954

No. 58019.—Suits 4760/3.—United States *v.* Esso Standard Oil Co. and Esso Standard Oil Co. *v.* United States.—█—C. D. 1441 reversed December 29, 1953. C. A. D. 546.

No. 58020.—Suit 4765.—United States *v.* Fuchs Shoe Corporation.—█—C. D. 1466 reversed December 30, 1953. C. A. D. 547.

Before the Third Division, April 21, 1954

No. 58021.—Charles A. Clark *v.* United States, petition 7128–R (New Orleans)·

Opinion by Johnson, J. At the trial, it was disclosed that there was an honest difference of opinion between the importer and the appraiser as to the proper value of the toys and that the importer supplied the appraiser with all available information in his possession. The customs authorities having rendered a report favorable to the petitioner, and upon the record presented, it was held that there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.